(Reap. Dec. 9085)

LANG & MARSHALL COMPANY, INC. *v*. UNITED STATES

Entry No. 917573, etc.

(Decided February 25, 1958)

*Siegel, Mandell & Davidson* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement enumerated in schedule "A," attached to and made a part of this decision, were submitted for decision upon stipulation of counsel for the parties to the effect that the market values at the time of exportation to the United States of the merchandise covered by the said appeals for reappraisement, at which such or similar merchandise was freely offered for sale to all purchasers for home consumption in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, including the costs of containers and coverings of whatever nature and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, were the values set forth in the right-hand column of the said schedule "A" captioned "Foreign Market Value" and that the export values, as defined in section 402 (d) of the said act were no higher.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, as amended, to be the proper basis for determination of the value of the merchandise involved, and that such values were as set forth in said schedule "A."

Judgment will issue accordingly.

SCHEDULE "A"

Lang & Marshall Company, Inc.

| Reap. No. | Coll. No. | Entry No. | Description | Foreign market value per M sq. feet net pkd |
|---|---|---|---|---|
| 263570-A____ | 09281 | 917573/53 | 11/16—BB—WG—60 x 30⎫<br>30 x 60⎭--- | $166. 78 |
| 263567-A____ | 09278 | 903976/53 | as above_____ | 166. 78 |
| 263571-A____ | 09282 | 917575/53 | 11/16—BB—WG—40 x 61____ | 166. 78 |
| | | | WG—40 x 61_____ | 161. 15 |
| | | | BB—WG—40 x 53____ | 158. 84 |
| | | | WG—40 x 53_____ | 153. 48 |
| | | | BB—WG—39 x 41____ | 158. 84 |
| | | | WG—39 x 41_____ | 153. 48 |
| | | | BB—WG—49 x 57____ | 166. 78 |
| | | | WG—49 x 57_____ | 161. 15 |

| Reap. No. | Coll. No. | Entry No. | Description | Foreign market value per M sq. feet net pkd. |
|---|---|---|---|---|
| 263568–A____ | 09279 | 906905/53 | ⅝—BB–WG—30¼ x 60¼<br>36¼ x 60¼ --- | 166. 78 |
| | | | 48¼ x 30¼____ | 158. 84 |
| 263569–A____ | 09280 | 908030/55 | 11/16—BB–WG—60 x 30<br>36 x 60 --- | 166. 78 |
| | | | 48 x 30____ | 158. 84 |
| | | | ⅝—BB–WG—60 x 30<br>60 x 36 ------ | 166. 78 |
| | | | 11/16—BB–WG—72 x 30____ | entered unit value |
| 263566–A____ | 09277 | 883682/53 | ⅝—BB–WG—48 x 30_____ | 158. 84 |